1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   GAIL TAKAHASHI,                    Case No. CV 13-4905 SS

12              Plaintiff,

13        v.                                  **JUDGMENT**

14   CAROLYN W. COLVIN, Acting
     Commissioner of the Social
15   Security Administration

16              Defendant.

17

18

19        IT IS ADJUDGED that the decision of the Commissioner is

20   REVERSED and that the above-captioned action is REMANDED to the

21   Commissioner for further action consistent with the Court's

22   Memorandum Decision and Order.

23

24   DATED:  November 13, 2014

25

26                                    _____/S/_____
                                      SUZANNE H. SEGAL
27                                    UNITED STATES MAGISTRATE JUDGE

28